IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00155-MR

CHRISTOPHER LEE MICHELSON,    )
                              )
            Plaintiff,        )
                              )
vs.                           )
                              )
WELLPATH, et al.,             )          **ORDER**
                              )
            Defendants.       )
_____)

**THIS MATTER** is before the Court *sua sponte*.

The *pro se* Plaintiff filed this action pursuant to 42 U.S.C. § 1983 while he was a pretrial detainee at the Buncombe County Detention Facility.[1] [Doc. 1]. The Amended Complaint passed initial review on a claim of deliberate indifference to a serious medical need against Defendant Colby Dodd. [See Doc. 19]. On August 2, 2021, the Plaintiff was instructed to fill out and return a summons form so that Defendant Dodd could be served. [Id.]. More than a month has elapsed and the Plaintiff has not returned the completed summons form.

---

[1] The Plaintiff is no longer incarcerated.

It appears that the Plaintiff may have abandoned this action. The Plaintiff shall, within **ten (10) days** of this Order, return the completed summons form to the Court so that Defendant Dodd may be served. Failure to comply with this Order will result in dismissal of this action without prejudice and this case's closure without further notice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff **shall have ten (10) days from the date of this Order** in which to return the completed summons form to the Court. If the Plaintiff fails to do so, this case will be dismissed without prejudice and closed without further notice.

The Clerk is respectfully instructed to mail the Plaintiff a blank summons form along with a copy of this Order.

**IT IS SO ORDERED**.

_____
Martin Reidinger
Chief United States District Judge